CYNTHIA H. COFFMAN
Attorney General

DAVID C. BLAKE
Chief Deputy Attorney General

MELANIE J. SNYDER
Chief of Staff

FREDERICK R. YARGER
Solicitor General



**STATE OF COLORADO
DEPARTMENT OF LAW**

RALPH L. CARR
COLORADO JUDICIAL CENTER
1300 Broadway, 9th Floor
Denver, Colorado 80203
Phone (720) 508-6000



Medicaid Fraud Control Unit

January 27, 2017

The Honorable Thomas P. Griesa
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY 10007

    Re:    United States of America *et al. ex rel.* William Nash, Jr. v. UCB, Inc.
              Civil action no.: 14 Civ. 2218 (TPG) (UNDER SEAL)

Dear Judge Griesa:

       I represent the State of Colorado, which is a named state qui tam plaintiff in the above-captioned sealed matter. Colorado was inadvertently omitted from the recently filed Notice of Election to Decline Intervention[1] by Plaintiff States, although having communicated its election to decline prior to the Notice's filing.

       Accordingly, on behalf of the State of Colorado, I am writing to inform the Court that Colorado joins the United States and the other named plaintiff states in declining to intervene in the above action, and is requesting to be included in the Court's Order on the above-referenced Notice dated December 28, 2016.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/30/17

Respectfully Submitted,

George A. Codding
Senior Assistant Attorney General
Colo. bar No.: 18750
For the State of Colorado

---

[1] The undersigned is not familiar with the Court's Document Number, as the case is under seal and not available on PACER.

Cc:

    Carolyn Ellis, Esq.
    New York MFCU
    Office of the Attorney General
    120 Broadway, 13th Floor
    New York, NY 10271

    David Zlotnick, Esq.
    California BMFEA
    1455 Frazee Road, Suite 315
    San Diego, CA 92108

    Christopher Connolly, Esq.
    United States Attorney's Office
    86 Chambers St.
    New York, NY 10007

    Ross Brooks, Esq.
    Sanford Heisler, LLP
    1350 Avenue of the Americas, 31st Floor
    New York, NY 10019