

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MAURA HEALEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

**RECEIVED JAN 31 2017 CHAMBERS OF JUDGE GRIESA**

BY CERTIFIED MAIL
MATTER UNDER SEAL

January 27, 2017

The Honorable Thomas P. Griesa
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY 10007

Re: United States of America *et al. ex rel.* William Nash, Jr. v. UCB, Inc.
14 Civ. 2218 (TPG) (UNDER SEAL)

Dear Judge Griesa:

On behalf of the Commonwealth of Massachusetts, I am writing to inform the Court that the Commonwealth is joining the United States and the other named plaintiff states in declining to intervene in the above-captioned action.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/31/17

Respectfully submitted,

Robert Patten
Assistant Attorney General
One Ashburton Place, Room 1813
Boston, MA 02108-1518
(617) 727-2200
robert.patten@state.ma.us

Cc: Carolyn T. Ellis, Esq.
David Zlotnick, Esq.
Christopher Connolly, Esq.
Ross Brooks, Esq.