| | |
|---|---|
| UNITED STATES OF AMERICA; and<br><br>THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN; and THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* WILLIAM NASH, JR. ,<br><br>       Plaintiff,<br><br> vs.<br><br>UCB, INC.,<br><br>       Defendant. | Case No. 14-CV-2218<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## RELATOR'S NOTICE OF VOLUNTARY DISMISSAL

William Nash, Jr., the Relator in the above-captioned action, by and through his undersigned counsel, hereby respectfully files this Notice of Voluntary Dismissal. Pursuant to Fed. R. Civ. P. 41(a)(1), Relator informs the Court that he hereby voluntarily dismisses this matter with prejudice as to himself and without prejudice as to the United States because he does not wish to proceed further with this action.

Pursuant to the requirements of the False Claims Act, 29 U.S.C. § 3730(b)(1), any dismissal of an action in which the United States is a party requires the consent of the United

States.  Counsel for the United States, having previously declined to intervene in the action, has informed the Relator that the United States consents to the dismissal of Relator's claims on these terms.

Dated: March 6, 2017                                        Respectfully submitted,


                                                                   */s/ Ross Brooks*
                                                                   Ross B. Brooks
                                                                   N.Y. Bar No. 922122
                                                                   Sanford Heisler, LLP
                                                                   1350 Avenue of the Americas, 31st Floor
                                                                   New York, NY 10019
                                                                   (646) 402-5668
                                                                   rbrooks@sanfordheisler.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2017, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the U.S. District Court for the Southern District of New York. Notice of this filing will be sent via electronic mail to all parties who have entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system. A copy of the foregoing was also sent, first class mail, postage prepaid, to:


Christopher Connolly
Assistant United States Attorney
U.S. Department of Justice – Southern District of New York
86 Chambers Street
New York, NY 10007

Carolyn Ellis, Esq.
Special Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Attorney General – State of New York
120 Broadway, 12th Floor
New York, NY 10271


                                        */s/ Ross Brooks*
                                        Ross B. Brooks