

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 3, 2017

**By ECF and Hand Delivery**
The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States of America* et al. ex rel. *William Nash, Jr. v. UCB, Inc.*,
             14 Civ. 2218 (TPG)

Dear Judge Griesa:

      This Office represents the United States of America (the "Government") in this action filed by relator William Nash, Jr. (the "Relator"), under the *qui tam* provisions of the False Claims Act, as amended, 31 U.S.C. §§ 3729-33. On March 3, 2017, the Government declined to intervene in this matter. ECF No. 19. On March 6, 2017, the Relator submitted a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which sought dismissal of this action "with prejudice as to [Relator] and without prejudice as to the United States," and indicated that "the United States consents to the dismissal of Relator's claims on these terms." ECF No. 28.

      As requested by the Court, we write respectfully to confirm that the Government consents to dismissal of this action, with prejudice to Relator and without prejudice to the Government, as provided for in the Notice of Voluntary Dismissal.

      We thank the Court for its consideration of this letter.

                              Respectfully submitted,

                              JOON H. KIM
                              Acting United States Attorney for the
                              Southern District of New York

              By:     s/ Christopher Connolly
                           CHRISTOPHER CONNOLLY
                           Assistant United States Attorney
                           Tel.: (212) 637-2761

cc: Ross B. Brooks, Esq. (by ECF)
*Counsel for Relator*

Carolyn Ellis, Esq. (by electronic mail; to distribute to States)
*Counsel for the State of New York*